

WWW.RIVKINRADLER.COM
66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

**JAMES P. LAGIOS**
Partner
(518) 641-7052
james.lagios@rivkin.com

February 16, 2021

*VIA ECF*

Hon. Thérèse Wiley Dancks
Magistrate Judge
U.S. District Court for the Northern District of New York
100 South Clinton Street
Syracuse, NY 13261

> Re: **Chen v. State Farm Fire and Casualty Company, et al.**
> **Docket No.: 5:20 CVV 0938 (FJS) (TWD)**
> **RR File No.: 20220-9290**

Dear Judge Dancks,

I represent Defendant, State Farm Fire and Casualty Company, in the above-referenced action.

Following up on our last status conference, I respectfully enclose for the Court's consideration and so ordering a proposed Stipulation and Order for the Production and Exchange of Confidential Information, which the parties have agreed to.

                                            Respectfully yours,

                                            RIVKIN RADLER LLP

                                            James P. Lagios

JPL/kg
Enclosure

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**RIVKIN RADLER LLP**

cc: *Via ECF*
    Kelsey W. Shannon, Esq.
    *Attorneys for Plaintiff, Xu Chen*

    Charles Jeanfreau, Esq.
    *Attorneys for Defendant, Nationstar Mortgage*

    Clayton Vignocchi, Esq.
    *Attorneys for Defendant, Specialized Loan Servicing*